ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Thor Construction, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CROWDER,<br><br>    Plaintiff,<br><br>vs.<br><br>THOR CONSTRUCTION, INC., a foreign corporation; ROE Business Organizations I-X; and, DOE INDIVIDUALS I-X, Inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-00580-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 21 |

Defendant Thor Construction, Inc. ("Defendant") by and through its undersigned counsel, Anthony L. Martin and Shelley Murray of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff John Crowder ("Plaintiff"), by and through his undersigned counsel, James P. Kemp and Victoria Neal, of the law firm of Kemp & Kemp, having reached an agreement to resolve all outstanding issues between them, hereby agree to dismiss all claims, with prejudice.

///

///

///

///

Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated this 19th day of July, 2018.

KEMP & KEMP

*/s/ Victoria Neal*
James P. Kemp, Esq.
Nevada Bar No. 6375
Victoria Neal, Esq.
Nevada Bar No. 13382
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
*Attorneys for Plaintiff John Crowder*

Dated this 19th day of July, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Shelley Murray*
Anthony L. Martin, Esq.
Nevada Bar No. 8177
Shelley Murray, Esq.
Nevada Bar No. 12831
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Thor Construction, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 19, 2018

2